SWARTZ, Appellant, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Silas Swartz against John C. Brown and others. H. A. Friedman, for appellant.

E. T. Rice, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.